1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-7298
      Facsimile: (415) 436-6748
7     Elizabeth.Kurlan@usdoj.gov

   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIANG XIANG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI,[1] Attorney General of the United States Department of Justice, *et al.*, *et al.*,<br><br>Defendants. | C 5:25-cv-0944 VKD<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER**<br><br>Re: Dkt. No. 12 |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until August 9, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this action seeking adjudication of their Form I-485, Application to Register Permanent Residence of Adjust Status. United States Citizenship and Immigration Services is adjudicating Plaintiffs' Form I-485 applications and will need additional time to take next adjudicative action. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

---

[1] Pamela Bondi is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

August 9, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 19, 2025          Respectfully submitted[2],

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 19, 2025

*/s/ Liang Xiang*
LIANG XIANG
*Pro Se*

*/s/ Guangbo Tao*
GUANGBO TAO
*Pro Se*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 20, 2025

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 5:25-cv-00944 VKD      2